MYRON M. STUDNER, Respondent, *v.* THE H. & N.
CARBURETOR CO., INC., Appellant.

*Contract* — *breach of contract of employment* — *sufficiency of evidence to*
*warrant recovery.*

Studner v. *H. & N. Carburetor Co., Inc.,* 185 App. Div. 131,
affirmed.

(Argued October 13, 1920; decided November 16, 1920.)

APPEAL, by permission, from a judgment, entered
December 12, 1918, upon an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, which reversed a determination of the Appellate
Term, reversing a judgment of the City Court of the
city of New York, in favor of plaintiff entered upon a
verdict and affirmed said City Court judgment. The
action was brought to recover damages for a breach
of contract of employment; the contract contained this
clause: " If, after thirty days from date we are dis-
satisfied with your services we will have the option of
cancelling this agreement." In the City Court the trial
judge submitted to the jury the issue whether the defend-
ant was in good faith dissatisfied with the plaintiff's
services and discharged him on that account, charging
the jury that if such were the case, the plaintiff could not
recover. The jury found for the plaintiff, in effect holding
that the discharge was not by reason of any dissatisfaction
with the plaintiff's services. The Appellate Term reversed
upon the ground that no evidence was introduced to
question the genuineness of the defendant's dissatisfaction.
The Appellate Division held that an examination of the
record disclosed abundant evidence upon which the jury
was authorized to find that the defendant was not dis-
satisfied with the manner of the plaintiff's services and
did not discharge him for that cause, but discharged
him for the reason that the carburetor of which the
defendant was the sales manager in Brooklyn was defec-
tive and unmarketable.

*Millard F. Tompkins* for appellant.
*Frank Walling* and *S. Goodelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.